UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

KARLA BELMONTE, o/b/o J.B.V., a minor child,

       Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

No.   2:13-CV-03047-JTR

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner is directed to make an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED:  August 5, 2014

                            SEAN F. McAVOY
                            Clerk of Court

                            By:  *s/Pam Howard*
                                  Deputy Clerk